IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

COASTAL FUELS OF PUERTO RICO, INC.

Plaintiff

vs

GAD ZEEVI

Defendant

CIVIL 04-1300CCC

## ORDER OF EXECUTION

Upon plaintiff's Motion for Execution (docket entry 55) of the Judgment entered on February 8, 2006 (see docket entry 50), and it appearing from the records of this Court and from plaintiff's motion that the defendant failed to pay to plaintiff the sums of money adjudged to be paid under the judgment, and it appearing further that more than ten days have elapsed from the entry of judgment,

IT IS HEREBY ORDERED that plaintiff Coastal Fuels of Puerto Rico may execute its judgment entered in this case upon any cash, checks, monies in banks or other institutions, accounts receivable, promissory notes, stock, bonds, equipment, securities, and any other property of defendant Gad Zeevi, up to a value of TWO MILLION SIX HUNDRED THOUSAND DOLLARS ($2,600,000.00), plus interests at an annual rate of 8.5% from April 15, 2003, interests and costs.

IT IS FURTHER ORDERED that this Writ may be executed by Mr. Fernando Rivera, I-6 Noriega Street, Urb. Oasis Gardens, Guaynabo, Puerto Rico, 00969.

SO ORDERED.

At San Juan, Puerto Rico, on July 13, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge